UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN DANIEL DRISCOLL,

          Petitioner,

v.

JOSIE GASTELO,

          Respondent.

No. CV 17-5186-DOC (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice to Petitioner's ability to file a civil rights complaint. The Clerk is directed to send Petitioner a prisoner civil rights packet.

DATED: 01/11/18

DAVID O. CARTER
United States District Judge